UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TRUSTEES OF THE PLUMBERS LOCAL UNION
NO. 1 WELFARE FUND, ADDITIONAL SECURITY
BENEFIT FUND, VACATION & HOLIDAY FUND,            O R D E R
TRADE EDUCATION FUND and 401(k) SAVINGS           08-CV-3036 (FB)(RML)
PLAN, *et al.*,

                     Plaintiffs,

    -against-

MANHATTAN PLUMBING CORP., *et al.*,

                     Defendants.
-------------------------------------------------------------------X

LEVY, United States Magistrate Judge:

        By order dated February 3, 2009, the Honorable Frederic Block, United States District Judge, granted plaintiffs' request for a preliminary injunction and referred this matter to me for a determination of the final relief to be awarded. Accordingly, the following schedule shall govern:

        1. Plaintiffs are directed to file and serve a detailed written submission, with accompanying affidavits and documentation, in support of their claims for damages, attorney's fees, and other relief on or before March 20, 2009; and

        2. The defaulting defendants may file and serve any opposition on or before April 17, 2009.

        To the extent plaintiffs wish to rely on papers already submitted, their counsel must so inform the court in writing by March 20, 2009. Once the submissions are received, the court will notify the parties if it intends to conduct an in-person inquest hearing.

        Requests for extensions must be made in writing and received via Electronic Case

Filing at least **forty-eight (48)** hours in advance of the above deadlines. Plaintiff's counsel is directed to send a copy of this order, via first class mail, to defendant's last known address within three days of receipt, and to include a certificate of service by mail with its next submission to the court.

       SO ORDERED.

Dated: Brooklyn, New York
       February 6, 2009

                                     /s/
                              ROBERT M. LEVY
                              United States Magistrate Judge